UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION (ST. LOUIS)

PATRICK HURD,   CASE NO.  4:17-cv-2683
        Plaintiff,

   vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; RESURGENT CAPITAL SERVICES, L.P.; CACH LLC; LVNV FUNDING, LLC; US BANCORP; and STATE FARM GENERAL INSURANCE CO dba STATE FARM BANK;
        Defendants.

**TRANS UNION LLC'S DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for **Trans Union LLC** hereby discloses the following organizational interests:

    1.    If the subject organization is a corporation,

        a.    Its parent companies or corporations:  **TransUnion Intermediate Holdings, Inc. and TransUnion.**

        b.    Its subsidiaries not wholly owned by the subject corporation:  **No subsidiaries not wholly owned by the corporation are publicly traded.**

        c.    Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock:  **Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.**

**TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.**

**No public company directly owns 10% or more of the stock in Trans Union LLC.  TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc.  Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.**

2.	If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:  **Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp., a Delaware corporation.**

Respectfully submitted,

/s/ Robert J. Schuckit
Robert J. Schuckit, Esq. (#1534249IN)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax: 317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of November, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of November, 2017**, properly addressed as follows:

| <u>for Plaintiff Patrick Hurd</u><br>Matthew P. Cook, Esq.<br>Cook Law, LLC<br>2885 Sanford Avenue SW, #42270<br>Grandville, MI  49418 | |
|---|---|

<u>/s/ Robert J. Schuckit</u>
Robert J. Schuckit, Esq. (#1534249IN)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax: 317-363-2257
E-Mail:  rschuckit@schuckitlaw.com