**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)     Case No.<br>)<br>)<br>)<br>) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:     Services L.P.

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:    Not applicable.

                           _____
                           Signature (Counsel for Plaintiff/Defendant)
                           Print Name: _____
                           Address: _____
                           City/State/Zip: _____
                           Phone: _____

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

                           _____
                           Signature